
ORIGINAL

FILED
10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

OCT 25 2022

Bowen Greenwood
Clerk of Supreme
State of Montana

IN THE MATTER OF THE PETITION
OF ASHLEY DOBBIN CALKINS

O R D E R

Ashley Dobbin Calkins has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Calkins' application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule VII.A.9, Rules of Admission.

Calkins passed the MPRE in 2004 when seeking admission to the practice of law in Virginia. The petition states that Calkins has been practicing law for nearly 17 years "with no ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Ashley Dobbin Calkins to waive the three-year test requirement for the MPRE for purposes of Calkins' current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 25 day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices